IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| ZUCKER | : | 02-3875 |
| IVY, et al. | : | 02-3905 |
| HENRY, et al. | : | 02-3945 |
| BUSH | : | 02-4140 |
| SIMMONS, et al. | : | 02-4164 |
| PARTIE, et al. | : | 02-4247 |
| TKACS | : | 02-4294 |
|  | : | : |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this          day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                  **BY THE COURT:**

                                  _____
                                  **Louis H. Pollak, Judge**

Case 2:02-cv-04164-LP   Document 3   Filed 07/25/2002   Page 2 of 2