IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRENE and FRANKLIN SIMMONS, | : | |
| | : | CIVIL ACTION NO. 02-CV-4164 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____      _____
Hope S. Freiwald                                        Aline Fairweather


_____      _____
Erin Brennan                                              Kirstin J. Miller


                                                              DECHERT PRICE & RHOADS
                                                               4000 Bell Atlantic Tower
                                                               1717 Arch Street
                                                               Philadelphia, PA  19103-2793
                                                               (215) 994-4000